



United States Department of State

Washington, D.C. 20520

July 25, 2025

Thomas T. Field
Equity Partner
Beermann LLP
161 North Clark Street, Suite 3000
Chicago, Illinois 60601

[Via Email – TTField@beermannlaw.com]

Re: Hague Convention **Return** Case: **Garduno Carbajal, Jacob Ali; Valentino Fermin**

Dear Mr. Field:

Thank you for notifying our office that you are representing **Diego Luan Garduno Pina,** the applicant in the subject case. As you know, lack of affordable legal representation is a major obstacle for many parents seeking to invoke Hague Convention remedies in the United States. Your assistance is greatly appreciated.

The Hague Convention application and supporting documents are attached.

Our most recent records indicate that the children are residing at **1160 Norwood Lane, Aurora, Illinois 60504**. We are releasing this address for service of process purposes only, under our authority under Article 7 of the Convention to facilitate the institution of judicial proceedings. Upon your request, country officer Chin Kuan can reconfirm this information before service of process is attempted.

Country officer Kuan will be in touch with you to explain her role and how our office can be of assistance as the case proceeds. She will contact you periodically to ask about the status of the case so that she can keep the Central Authority in Mexico informed of its progress. Please notify her when the case is filed in court, and if for any reason you are unable to file a case within the next few weeks. Please also notify her about hearings and court orders. Should your client be interested in mediation, she can provide information about a *pro bono* mediation program that may be able to assist. You would continue as counsel.

Many resources for litigating Hague Convention cases are available on our website, https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction/for-providers/attorneys.html. To highlight a few, you'll find the Convention, the federal implementing statute, four U.S. Supreme Court decisions interpreting the Hague Convention, and two litigation guides. The *Guide to Litigating Cases in the United States* (2012) has sample pleadings in Appendix H (be mindful of the law of **your** circuit). The Federal Judicial Center

publication, Hon. James D. Garbolino, *The 1980 Hague Convention on the Civil Aspects of International Child Abduction: A Guide for Judges*, *Second Edition (2015)* is a valuable resource for attorneys and judges alike. Recognizing that the Hague Convention is not an exclusive remedy, information about the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) as a possible alternative remedy is also available on the website, https://travel.state.gov/content/travel/en/International-Parental-Child-Abduction/abductions/legain-info-for-parents/getting-custody-order-enforced-in-US.html.

Finally, please be advised that attorneys for applicants in no way act as agents of the Department of State. You are therefore requested to neither state nor imply that you represent or are retained by the Department of State. Terms of representation and decisions regarding the objectives and means of representation are matters between attorney and client only. Technical assistance provided by the Department of State or private contractor should not be construed as endorsement of any action taken in the course of your representation.

Should you have any questions, please do not hesitate to contact country officer Kuan or me. Thanks in advance for your time and effort.

Sincerely,

*Aimee A. Osberghaus*

**PETITIONER'S EXHIBIT B**


RELACIONES EXTERIORES

2024 Felipe Carrillo Puerto

Jefatura de Unidad para América del Norte
Dirección General de Protección Consular
y Planeación Estratégica
**Coordinación de Derecho de Familia**

SOLICITUD DE ASISTENCIA CON BASE EN LA CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES

El llenado de la presente solicitud es exclusivo del solicitante, favor de llenar los espacios con letra de molde o a computadora. / Only the applicant should fill out this form. Please type or handwrite the requested information.

México
Recepción de la solicitud en/
Receipt of the application in

USA
País requerido/
Country required

MARQUE SÓLO UNA OPCIÓN

Número de menores / Number of minors: 2

Derechos de Visita / Acces Rights: [ ]

Restitución Internacional / International Return: [X]

**NOMBRE DEL MENOR / NAME OF THE CHILD**
| Primer apellido / Surname | Segundo apellido / Second surname | Nombre(s) / First and middle name |
|---|---|---|
| ■■■ | ■■■ | Jacobo ■■■ |

**NOMBRE DEL MENOR / NAME OF THE CHILD**
| Primer apellido / Surname | Segundo apellido / Second surname | Nombre(s) / First and middle name |
|---|---|---|
| ■■■ | ■■■ | ■■■ |

**NOMBRE DEL MENOR / NAME OF THE CHILD**
| Primer apellido / Surname | Segundo apellido / Second surname | Nombre(s) / First and middle name |
|---|---|---|
| | | |

**NOMBRE DEL MENOR / NAME OF THE CHILD**
| Primer apellido / Surname | Segundo apellido / Second surname | Nombre(s) / First and middle name |
|---|---|---|
| | | |

**NOMBRE DEL MENOR / NAME OF THE CHILD**
| Primer apellido / Surname | Segundo apellido / Second surname | Nombre(s) / First and middle name |
|---|---|---|
| | | |

Sello y hora de recepción

Página 1 | 9

## I. DATOS DEL MENOR/ INFORMATION ABOUT THE CHILD

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

[redacted] / Segundo apellido/ Second surname  [redacted] / Nombre / name

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 25 / 11 / 2016 | Naucalpan de Juárez | Mexicana |

| Cumplirá 16 años el/ Who will be the age of 16 years on | Sexo/ Gender | Edad/ Age |
|---|---|---|
| 25 / 11 / 2032 | Masculino | 8 |

| Número de pasaporte/ Passport number | Fecha de caducidad/ Expiration date | Residencia habitual/ Habitual residence |
|---|---|---|
|  |  |  |

### INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| 1.10 mts | 28 kg | Castaño | Café claro |

**Señas particulares/ Distinctive marks:** Lunar en hombro izquierdo

### POSIBLE UBICACIÓN/ CURRENT OR POSSIBLE LOCATION

| Calle/ Street | Número/ Number | Int/ Appt | Colonia |
|---|---|---|---|
|  |  |  |  |

| Ciudad/ City | Municipio/ County | Comunidad o poblado/ Community or town |
|---|---|---|
|  |  |  |

| Estado o Provincia/ State or Province | País/ Country | C.P./ ZIP Code |
|---|---|---|
| Edo. California | USA |  |

**INFORMACIÓN ADICIONAL QUE FACILITE LA LOCALIZACIÓN/ ADDITIONAL INFORMATION TO FACILITATE LOCATION**

Estado de California

## II. INFORMACIÓN DE LA PERSONA O INSTITUCIÓN QUE SOLICITA LA RESTITUCIÓN O EL EJERCICIO EFECTIVO DE DERECHOS DE VISITA/

## II. INFORMATION CONCERNING THE PERSON OR INSTITUTION REQUESTING RETURN OR ENJOYMENT OF THE RIGHT OF ACCESS

### RELACIÓN CON EL MENOR(ES) / RELATIONSHIP WITH THE CHILD/REN

- Padre/ Father: [X]
- Madre/ Mother: [ ]
- Ambos/ Both: [ ]
- Institución/ Institution: [ ]
- Otro:/ Other: [ ]

¿Ejercía el solicitante la patria potestad y/o custodia del menor?
Was the applicant exercising parental and/or custodial rights

- Sí/Yes: [ ]
- No/No: [ ]

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| Garduño | Piña | Diego Iván |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 9/08/1988 | Naucalpan de Juárez | Mexicana |

| Otra nacionalidad/ Other nationality | Sexo/ Gender | Edad/ Age |
|---|---|---|
|  | Masculino | 36 |

### DIRECCIÓN/ ADDRESS

| Calle/ Street | Número/ Number | Int/ Appt | Colonia |
|---|---|---|---|
| Cerrada 2 de Junio | 10 |  | 3 de Mayo |

| Ciudad/ City | Municipio/ County | Comunidad o poblado/ Community or town. |
|---|---|---|
|  | Naucalpan de Juárez |  |

| Estado o Provincia/ State or Province | País/ Country | C.P./ ZIP Code |
|---|---|---|
| Edo. México | México | 53650 |

### DATOS DE CONTACTO/ CONTACT INFORMATION

| Teléfono de casa/ Home number | Teléfono de oficina/ Office number | Celular/ Mobile |
|---|---|---|
|  |  | 5636874400 |

| Correo electrónico/ E-mail | Otros/ Other |
|---|---|
| diegogardu88@gmail.com |  |

### INSTITUCIÓN/ INSTITUTION (llenar sólo si el solicitante es una institución) / (fill only if the applicant is an institution)

| Nombre de la Institución/ Institution´s Name | Representante/ Representative |
|---|---|
|  |  |

## III. INFORMACIÓN DE LA PERSONA QUE SUPUESTAMENTE SUSTRAJO O RETUVO AL MENOR O IMPIDE LOS DERECHOS DE VISITA/
## III. INFORMATION CONCERNING THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD, OR PREVENTING ACCES.

### RELACIÓN CON EL MENOR(ES) / RELATIONSHIP WITH THE CHILD/REN

- Padre/ Father: [ ]
- Madre/ Mother: [X]
- Ambos/ Both: [ ]
- Otro:/ Other: _____

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| Carbajal | Chavez | Erika |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 26 / 04 / 1982 | Naucalpan de Juárez | Mexicana |

| Otra nacionalidad/ Other nationality | Sexo/ Gender | Edad/ Age |
|---|---|---|
|  | Femenino | 42 |

### INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| 1.66 | 56 | Negro | Cafe Obscuro |

Señas particulares/ Distinctive marks: lunar prouedente en espalda, cicatriz en rodilla izquierda, lunar en ojo izquierdo

### POSIBLE UBICACIÓN/ POSSIBLE LOCATION

| Calle/ Street | Número/ Number | Int/ Appt | Colonia |
|---|---|---|---|
|  |  |  |  |

| Ciudad/ City | Municipio/ County | Comunidad o poblado/ Community or town. |
|---|---|---|
|  |  |  |

| Estado o Provincia/ State or Province | País/ Country | C.P./ ZIP Code |
|---|---|---|
| California | USA |  |

| Teléfono de casa/ Home number | Teléfono de oficina/ Office number | Celular/ Mobile |
|---|---|---|
|  |  | 5620183800 |

| Correo electrónico/ E-mail | | Otros/ Other |
|---|---|---|
| Carbajale742@gmail.com | | |

**IV. NARRACIÓN DE LOS HECHOS Y CIRCUNSTANCIAS EN QUE OCURRIÓ LA SUSTRACCIÓN O RETENCIÓN ILÍCITA DEL (LOS) MENOR(ES) O BIEN, LAS ACCIONES QUE IMPIDEN EL EJERCICIO EFECTIVO DEL DERECHO DE VISITA.**

**IV. STATEMENT OF THE FACTS AND CIRCUNSTANCES SURROUNDING THE WRONGFUL REMOVAL OR ILLICIT RETENTION/ OR THE ACTIONS PREVENTING ACCESS.**

Indicar fecha, hora y lugar en que ocurrió la sustracción, incluyendo información sobre la fecha y temporalidad de cualquier permiso de viaje que se hubiera otorgado; o bien indicar la fecha en la que se dejó de ejercer el derecho de visita, si requiere más espacio incluya las hojas que considere necesarias.

Please provide a statement of the date, time, place and circumstances of the wrongful removal or retention, including the issuance and expiration date of any permission to travel ; or the date in which access stopped. If you need more space, please attach additional sheets.

Con la finalidad de que se me apoye, con la localización y restitución de los menores Jacobo Alí Garduño Carbajal y Valentino Fermín Garduño Carbajal de 8 y 7 años. Mi pareja y mis hijos vivían conmigo en Cerrada 2 de Junio #10 colonia 3 de Mayo municipio de Naucalpan de Juárez Estado de México. El día 12 de Septiembre de 2024 siendo las 5 am fue la última vez que vi presencialmente a mis hijos y conyugue, ese día por la tarde me comento mi conyugue Erika Carbajal Chavez, que de improvisto, llego su hermano de los Estados Unidos de Norte America, de nombre Jorge Carbajal Chavez, con residencia en USA, según esto se hospedarían en el Hotel Sheraton de CDMX el día 14 de Septiembre se comunica con mi mamá Rosa María Pinzi Jimenez haciéndole llegar un par de fotos diciendo que se encontraban bien, el 15 de septiembre me comunica mi pareja que llegaría el día lunes 16 desde ese momento no cuento con noticias e información ese mismo día me dirijo a la Fiscalía de la CDMX para levantar la busqueda y hacer la denuncia correspondiente y solicitar la Alerta Amber, con mentiras y engaños se llevo a los niños y solo deseo ejercer mi derecho a la convivencia

## V. DATOS DE LOS PADRES/ PARENT INFORMATION

¿Están o estaban casados?/ Are you or were you married?  ☐ Sí/Yes  ☒ No/No

En caso afirmativo, por favor llene lo siguiente: / If so, please complete the following:

| Lugar del matrimonio/ Place of marriage | DD/ MM /YYYY Fecha/ Date |
|---|---|
| Lugar del divorcio/ Place of divorce | DD/ MM /YYYY Fecha/Date |

¿Hay alguna resolución o convenio judicial relativo a los menores?
Is there any judicial decree related to the child(ren)?  ☐ Sí/Yes  ☒ No/No

(En caso afirmativo, la misma deberá anexarse)/ (If so, please attach it)

¿Habitaban juntos antes de la sustracción?
Were the parents living together before the abduction?  ☒ Sí/Yes  ☐ No/No

## VI. PROCEDIMIENTOS O INSTANCIAS EN TRÁMITE/ ONGOING PROCEEDINGS

Por favor especifique si existen procedimientos judiciales relacionados con el/ los menor(es) en curso. Si requiere más espacio incluya las hojas que considere necesarias./ Please state if there are ongoing judicial preceedings concerning the child/ren. If you need more space, please attach additional sheets.

| | | |
|---|---|---|
| | | |

| DATOS DE CONTACTO DEL ABOGADO/ ATTORNEY´S CONTACT INFORMATION | | |
|---|---|---|
| Teléfono directo/ Direct line | Teléfono de oficina/ Office number | Celular/ Mobile |
| Correo electrónico/ E-mail | Otros/ Other | |

## VII. (LLENAR ESTA PARTE SÓLO SI SE SOLICITA LA RESTITUCIÓN O DERECHOS DE VISITA DE MÁS DE UN MENOR)/ VII.(COMPLETE THIS PART ONLY IF YOU ARE REQUESTING THE RETURN OR ACCESS OF MORE THAN ONE CHILD)

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 22 / 11 / 2017 | Naucalpan de Juárez | Mexicana |

| Cumplirá 16 años el/ Who will be the age of 16 years on | Sexo/ Gender | Edad/ Age |
|---|---|---|
| 22 / 11 / 2033 | Masculino | 7 |

| Número de pasaporte/ Passport number | Fecha de caducidad/ Expiration date | Residencia habitual/ Habitual residence |
|---|---|---|
| | | |

**INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION**

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| 1.08 mts | 26 kg | Negro | Café Obscuro |

Señas particulares/ Distinctive marks: lunar en nariz lado izquierdo, cicatriz en brazo izquierdo, cicatriz en la frente

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| | | |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| DD / MM / YYYY | | |

| Cumplirá 16 años el/ Who will be the age of 16 years on | Sexo/ Gender | Edad/ Age |
|---|---|---|
| DD / MM / YYYY | | |

| Número de pasaporte/ Passport number | Fecha de caducidad/ Expiration date | Residencia habitual/ Habitual residence |
|---|---|---|
| | | |

**INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION**

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| | | | |

Señas particulares/ Distinctive marks

## VIII. PROPUESTA DE RETORNO O CONVIVENCIAS CON EL MENOR / VIII. PROPOSAL FOR RETURN OR ACCESS.

No cuento con documentación migratoria, pero de darse el caso puedo acercarme a la zona fronteriza, y esperando la buena volutad de los Estados Unidos de Norteamerica yo mismo recoger a los menores en un centro de resguardo, o como una opción más, pedir de favor a algun amigo con la documentación pertinente se encargue de ir y traerlos a méxico

### IX. COMENTARIOS Y OBSERVACIONES/ ADDITIONAL REMARKS

Favor de especificar si cuenta con documentación migratoria para ingresar al país en el que se encuentra el menor/ es, si está disponible y cuenta con los recursos para viajar y si habla el idioma del país de que se trate. Please specify if you have documents required to enter the country where the child/ren is/are located, if you are available and have the resources to travel and whether you speak the language of that country.

No cuento con documentación migratoria pero cuento con el recurso para hacercarme a la Frontera e ir por los menores solicitando la ayuda de la embajada de México o USA

### DOCUMENTOS QUE SE ANEXAN/ DOCUMENTS ATTACHED

- [x] Fotografía del menor/es. Photograph of the child(ren)
- [x] Fotografía de la persona que presuntamente sustrajo al (los) menor(es) photograph of the person alleged to have wrongfully removed the child(ren)
- [x] Copia certificada del acta de nacimiento del (los) menor(es). Certified copy of the birth certificate of the child(ren).
- [ ] Copia certificada del acta de matrimonio. Certified copy of the marriage certificate
- [ ] Sentencia que decreta el diviorcio. Divorce decree.
- [ ] Acuerdo o convenio judicial relativo a la custodia y/o al ejercicio del derecho de visita/ Judicial agreement concerning custody or Access.
- [ ] Otros (others):

Naucalpan de Juárez Edo Mex
**Lugar y firma/ Place and Signature**

2-01-2025
**Fecha/ Date**

 

**RELACIONES EXTERIORES**

Jefatura de Unidad para América del Norte
Dirección General de Protección Consular
y Planeación Estratégica
**Coordinación de Derecho de Familia**

## SOLICITUD DE ASISTENCIA CON BASE EN LA CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES

El llenado de la presente solicitud es exclusivo del solicitante, favor de llenar los espacios con letra de molde o a computadora. / Only the applicant should fill out this form. Please type or handwrite the requested information.

**México** — Recepción de la solicitud en/ Receipt of the application in

**USA** — País requerido/ Country required

**MARQUE SÓLO UNA OPCIÓN**

| Número de menores / Number of minors | Derechos de Visita / Acces Rights | Restitución Internacional / International Return |
|---|---|---|
| 2 |  | X |

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| [redacted] | [redacted] | [redacted] |

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
|  |  |  |

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
|  |  |  |

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
|  |  |  |

Sello y hora de recepción

## I. DATOS DEL MENOR/ INFORMATION ABOUT THE CHILD

**NOMBRE DEL MENOR/ NAME OF THE CHILD**

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| [redacted] | [redacted] J | [redacted] |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 25/11/2016 | Naucalpan of Juarez | Mexican |

| Cumplirá 16 años el/ Who will be the age of 16 years on | Sexo/ Gender | Edad/ Age |
|---|---|---|
| 25/11/2032 | Masculine | 8 |

| Número de pasaporte/ Passport number | Fecha de caducidad/ Expiration date | Residencia habitual/ Habitual residence |
|---|---|---|
| | | |

### INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| 1.10 mts | 28 kg | brown | light brown |

**Señas particulares/ Distinctive marks:** Mole on left shoulder

### POSIBLE UBICACIÓN/ CURRENT OR POSSIBLE LOCATION

| Calle/ Street | Número/ Number | Int/ Appt | Colonia |
|---|---|---|---|
| | | | |

| Ciudad/ City | Municipio/ County | Comunidad o poblado/ Community or town |
|---|---|---|
| | | |

| Estado o Provincia/ State or Province | País/ Country | C.P./ ZIP Code |
|---|---|---|
| California | USA | |

**INFORMACIÓN ADICIONAL QUE FACILITE LA LOCALIZACIÓN/ ADDITIONAL INFORMATION TO FACILITATE LOCATION**

State of California

## II. INFORMACIÓN DE LA PERSONA O INSTITUCIÓN QUE SOLICITA LA RESTITUCIÓN O EL EJERCICIO EFECTIVO DE DERECHOS DE VISITA/
## II. INFORMATION CONCERNING THE PERSON OR INSTITUTION REQUESTING RETURN OR ENJOYMENT OF THE RIGHT OF ACCESS

### RELACIÓN CON EL MENOR(ES) / RELATIONSHIP WITH THE CHILD/REN

- Padre/Father: [X]
- Madre/Mother: [ ]
- Ambos/Both: [ ]
- Institución/Institution: [ ]
- Otro/Other: ___

¿Ejercía el solicitante la patria potestad y/o custodia del menor?
Was the applicant exercising parental and/or custodial rights

Sí/Yes: [ ]   No/No: [ ]

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| Galduro | Pineapple | Diego Ivan |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 9/8/1988 | Naucalpan of Juarez | Mexican |

| Otra nacionalidad/ Other nationality | Sexo/ Gender | Edad/ Age |
|---|---|---|
|  | Masculine | 36 |

### DIRECCIÓN/ ADDRESS

| Calle/ Street | Número/ Number | Int/ Appt | Colonia |
|---|---|---|---|
| Closed Jone 2 | 10 |  | May three |

| Ciudad/ City | Municipio/ County | Comunidad o poblado/ Community or town. |
|---|---|---|
|  | Naucalpan of Juarez |  |

| Estado o Provincia/ State or Province | País/ Country | C.P./ ZIP Code |
|---|---|---|
| State of Mexico | Mexico | 53650 |

### DATOS DE CONTACTO/ CONTACT INFORMATION

| Teléfono de casa/ Home number | Teléfono de oficina/ Office number | Celular/ Mobile |
|---|---|---|
|  |  | 5636874400 |

| Correo electrónico/ E-mail | Otros/ Other |
|---|---|
| diegogardu88@gmail.com |  |

### INSTITUCIÓN/ INSTITUTION (llenar sólo si el solicitante es una institución) / (fill only if the applicant is an institution)

| Nombre de la Institución/ Institution´s Name | Representante/ Representative |
|---|---|
|  |  |

Página 3 | 9

## III. INFORMACIÓN DE LA PERSONA QUE SUPUESTAMENTE SUSTRAJO O RETUVO AL MENOR O IMPIDE LOS DERECHOS DE VISITA/

## III. INFORMATION CONCERNING THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD, OR PREVENTING ACCES.

### RELACIÓN CON EL MENOR(ES) / RELATIONSHIP WITH THE CHILD/REN

- Padre/ Father: [ ]
- Madre/ Mother: [X]
- Ambos/ Both: [ ]
- Otro:/ Other: _____

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| Carbajal | Chavez | Erika |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 26 / 04 / 1982 | Naucalpan of Juarez | Mexican |

| Otra nacionalidad/ Other nationality | Sexo/ Gender | Edad/ Age |
|---|---|---|
|  | Female | 42 |

### INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| 1.66 | 56 | Black | Dark brown |

Señas particulares/ Distinctive marks: Provident mole on the back, scar on the left knee and mole on the left eye

### POSIBLE UBICACIÓN/ POSSIBLE LOCATION

| Calle/ Street | Número/ Number | Int/ Appt | Colonia |
|---|---|---|---|
|  |  |  |  |

| Ciudad/ City | Municipio/ County | Comunidad o poblado/ Community or town. |
|---|---|---|
|  |  |  |

| Estado o Provincia/ State or Province | País/ Country | C.P./ ZIP Code |
|---|---|---|
| California | USA |  |

| Teléfono de casa/ Home number | Teléfono de oficina/ Office number | Celular/ Mobile |
|---|---|---|
|  |  | 5620183800 |

| Correo electrónico/ E-mail | Otros/ Other |
|---|---|
| Carbajale7426@gmail.com |  |

## IV. NARRACIÓN DE LOS HECHOS Y CIRCUNSTANCIAS EN QUE OCURRIÓ LA SUSTRACCIÓN O RETENCIÓN ILÍCITA DEL (LOS) MENOR(ES) O BIEN, LAS ACCIONES QUE IMPIDEN EL EJERCICIO EFECTIVO DEL DERECHO DE VISITA.

## IV. STATEMENT OF THE FACTS AND CIRCUMSTANCES SURROUNDING THE WRONGFUL REMOVAL OR ILLICIT RETENTION/ OR THE ACTIONS PREVENTING ACCESS.

Indicar fecha, hora y lugar en que ocurrió la sustracción, incluyendo información sobre la fecha y temporalidad de cualquier permiso de viaje que se hubiera otorgado; o bien indicar la fecha en la que se dejó de ejercer el derecho de visita, si requiere más espacio incluya las hojas que considere necesarias.

Please provide a statement of the date, time, place and circumstances of the wrongful removal or retention, including the issuance and expiration date of any permission to travel; or the date in which access stopped. If you need more space, please attach additional sheets.

In order to support me in the location and restitution of the miniors Jacobo Ali Garduño Carbajal 8 years old, and Valentino Fermin Garduño Carbajal 7 years old, I state that my partner Erika Carbajal and my children lived with me in closed June 2, Colonia 3 of May municipality of Naucalpan of Juarez Jacob is in 3rd grade of primary school and Valentino is in 2nd grade at the Juan Escutia school located in block 034 Colonia el capulin, On september 12 at 4:30 am I got up, It was the last day I saw them in person I received a WhatsApp messanger from their number 5620183800 from the att company, saying that a problem had arisen, that his brother arrived from the USA who was going to get married an fix some documents at the US embassy, according to this, they would stay at the Sheraton hotel in CDMX because on Saturday at 8 pm I recived a WhatsApp message saying that I would arrive on Monday. From that moment on, I lost comunication, so I directed the CDMX prosecutor's office to file the correseponding complaint and also requested the activation of the Amber Alert. On the other hand, she has relatives in the USA in the state of California as an America citizen. There is the brother Jorge Carbajal Chavez, an aunt called Veronica Carbajal who gives motivation courses called Brilliant Female Mind as illegal, his sister Mayte Carbajal Chavez, his father Jorge Carbajal has a half sister, who is in Indiana, the mother Beatriz Ruiz He lives in Chicago Illinois. The prosecutors office told me that on September 14, they were already in CD Juarez, Chihuahua. There the investigation police sense that they are in the USA, on the other hand a search card with a yellow alert was also issued by interpol

## V. DATOS DE LOS PADRES/ PARENT INFORMATION

¿Están o estaban casados?/ Are you or were you married?

Sí/Yes [ ]  No/No [X]

En caso afirmativo, por favor llene lo siguiente: / If so, please complete the following:

| Lugar del matrimonio/ Place of marriage | Fecha/ Date (DD / MM / YYYY) |
|---|---|
|  |  |
| Lugar del divorcio/ Place of divorce | Fecha/Date (DD / MM / YYYY) |

¿Hay alguna resolución o convenio judicial relativo a los menores?
Is there any judicial decree related to the child(ren)?

Sí/Yes [ ]  No/No [X]

(En caso afirmativo, la misma deberá anexarse)/ (If so, please attach it)

¿Habitaban juntos antes de la sustracción?
Were the parents living together before the abduction?

Sí/Yes [X]  No/No [ ]

## VI. PROCEDIMIENTOS O INSTANCIAS EN TRÁMITE/ ONGOING PROCEEDINGS

Por favor especifique si existen procedimientos judiciales relacionados con el/ los menor(es) en curso. Si requiere más espacio incluya las hojas que considere necesarias./ Please state if there are ongoing judicial preceedings concerning the child/ren. If you need more space, please attach additional sheets.

| DATOS DE CONTACTO DEL ABOGADO/ ATTORNEY´S CONTACT INFORMATION | | |
|---|---|---|
|  |  |  |
| Teléfono directo/ Direct line | Teléfono de oficina/ Office number | Celular/ Mobile |
|  |  |  |
| Correo electrónico/ E-mail | Otros/ Other |  |

## VII. (LLENAR ESTA PARTE SÓLO SI SE SOLICITA LA RESTITUCIÓN O DERECHOS DE VISITA DE MÁS DE UN MENOR)/ VII.(COMPLETE THIS PART ONLY IF YOU ARE REQUESTING THE RETURN OR ACCESS OF MORE THAN ONE CHILD)

### NOMBRE DEL MENOR/ NAME OF THE CHILD

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| [redacted] | [redacted] | N[redacted] |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| 22 / 11 / 2017 | Nauccloan of Juarez | Mexican |

| Cumplirá 16 años el/ Who will be the age of 16 years on | Sexo/ Gender | Edad/ Age |
|---|---|---|
| 22 / 11 / 2033 | Masculine | 7 |

| Número de pasaporte/ Passport number | Fecha de caducidad/ Expiration date | Residencia habitual/ Habitual residence |
|---|---|---|
| | | |

### INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| 1.08 | 26 | Black | Dark brown |

**Señas particulares/ Distinctive marks:** Mole on the left side of the nose scar on the left arm scar on the forehead

### NOMBRE DEL MENOR/ NAME OF THE CHILD

| Primer apellido/ Surname | Segundo apellido/ Second surname | Nombre(s)/ First and middle name |
|---|---|---|
| | | |

| Fecha de nacimiento/ Date of birth | Lugar de nacimiento/ Place of birth | Nacionalidad/ Citizenship |
|---|---|---|
| DD / MM / YYYY | | |

| Cumplirá 16 años el/ Who will be the age of 16 years on | Sexo/ Gender | Edad/ Age |
|---|---|---|
| DD / MM / YYYY | | |

| Número de pasaporte/ Passport number | Fecha de caducidad/ Expiration date | Residencia habitual/ Habitual residence |
|---|---|---|
| | | |

### INFORMACIÓN FÍSICA/ PHYSICAL INFORMATION

| Estatura/ Height | Peso/ Weight | Color de cabello/ Hair color | Color de ojos/ Eye color |
|---|---|---|---|
| | | | |

Señas particulares/ Distinctive marks

## VIII. PROPUESTA DE RETORNO O CONVIVENCIAS CON EL MENOR / VIII. PROPOSAL FOR RETURN OR ACCESS.

I don't have the immigration documentation but if necessary I can approach the border area and hoping for the good will of the United States of Noit America, I myself pick up the minors in a shelter or as one more option ask a favor from a family member or friend with the relevant documentation to take care of bringing them safe and sound to be able to protect them here at home

## IX. COMENTARIOS Y OBSERVACIONES/ ADDITIONAL REMARKS

Favor de especificar si cuenta con documentación migratoria para ingresar al país en el que se encuentra el menor/ es, si está disponible y cuenta con los recursos para viajar y si habla el idioma del país de que se trate. Please specify if you have documents required to enter the country where the child/ren is/are located, if you are available and have the resources to travel and whether you speak the language of that country.

I don't have the Immigration documentation but with the resource to approach the border and go the help of the United States embassy or Mexico

## DOCUMENTOS QUE SE ANEXAN/ DOCUMENTS ATTACHED

- ☑ Fotografía del menor/es. Photograph of the child(ren)
- ☑ Fotografía de la persona que presuntamente sustrajo al (los) menor(es) photograph of the person alleged to have wrongfully removed the child(ren)
- ☑ Copia certificada del acta de nacimiento del (los) menor(es). Certified copy of the birth certificate of the child(ren).
- ☐ Copia certificada del acta de matrimonio. Certified copy of the marriage certificate
- ☐ Sentencia que decreta el diviorcio. Divorce decree.
- ☐ Acuerdo o convenio judicial relativo a la custodia y/o al ejercicio del derecho de visita/ Judicial agreement concerning custody or Access.
- ☐ Otros (others):

Naucalpan of Juarez Mexico
Lugar y firma/ Place and Signature

2-01-2025
Fecha/ Date