IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIEGO IVAN GARDUÑO PIÑA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No: 25-cv-10337 |
| ) | |
| ) | |
| ERIKA CARBAJAL CHAVEZ, ) | |
| ) | |
| Respondent. ) | |

## NOTICE OF HEARING

**Via Email and Special Process Server**
Erika Carbajal Chavez
1160 Norwood Lane
Aurora, IL 60504
Carbajale742@gmail.com

Please take notice that on September 8, 2025 at 9:30 a.m., the Hon Georgia N. Alexakis will conduct an initial status hearing in this matter via Webex (information below) pursuant to her September 2, 2025 Minute entry [Dkt. 7]. You may participate in the hearing as follows:

**Join from the meeting link**
https://us-courts.webex.com/us-courts/j.php?MTID=m425a49b20cbc4e9c2198816716954a81

**Join by meeting number**
Meeting number (access code): 2304 465 4528
Meeting password: gfMExgkk232

**Tap to join from a mobile device (attendees only)**
1-855-244-8681,,23044654528## Call-in toll-free number (US/Canada)
+1-650-479-3207,,23044654528## Call-in toll number (US/Canada)

**Join by phone**
1-855-244-8681 Call-in toll-free number (US/Canada)
1-650-479-3207 Call-in toll number (US/Canada)

**Join from a video system or application**
Dial 23044654528@us-courts.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

Need help? Go to https://help.webex.com

Respectfully submitted,<br>**BEERMANN LLP**<br><br>/s/ *Matthew D. Elster*

**BEERMANN LLP**
Attorneys for Petitioner
161 N Clark Street #3000
Chicago, IL 60601
312.621.9700
mdelster@beermannlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, an attempt to serve a copy of the foregoing Notice of Hearing, along with a copy of Petitioner's Complaint and Summons, will be made upon Respondent, via special process server. Said documents will further be sent to Respondent, via email.

/s/ *Matthew D. Elster*