IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIEGO IVAN GARDUÑO PIÑA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Case No: 25-cv-10337 |
| ) | |
| ERIKA CARBAJAL CHAVEZ, ) | |
| ) | |
| Respondent. ) | |

**PROPOSED STIPULATIONS**

Petitioner DIEGO IVAN GARDUÑO PIÑA ("Diego"), and the Respondent, ERIKA CARBAJAL CHAVEZ ("Erika"), have entered into the Trial Stipulations set forth below:

1. The Petitioner is a citizen of Mexico.

2. The Respondent is a citizen of Mexico.

3. J.A.G.C., was born on November 25, 2016, and is currently age 9.

4. The Respondent gave birth to J.A.G.C. in Naucalpan de Juarez, Mexico.

5. V.G.C., was born on November 22, 2017, and is currently age 8.

6. The Respondent gave birth to V.G.C. in Naucalpan de Juarez, Mexico.

7. Both children resided exclusively in Mexico from the time of their births until September 2024.

8. In September 2024, the minor children were removed from Mexico, by the Respondent, without Petitioner's consent or acquiescence, and ultimately brought to Aurora, Illinois.

9. The Petitioner and the Respondent are the biological parents of the minor children.

10. The parties were never lawfully married.

11. Until September 12, 2024, the minor children resided with both parents.

12. Until September 12, 2024, the parties and their minor children lived together in a home located at Cerrada 2 de Junio #10, Colonia 3 de Mayo, Naucalpan de Juárez, Mexico, which home was owned by Petitioner's father.

13. Prior to Respondent's removal of the children, Naucalpan de Juárez, Mexico was the minor children's place of habitual residence.

14. Until September 12, 2024, Petitioner was exercising his custody rights to both children.

15. Until September 12, 2024, the minor children attended school at the Juan Escutia school where J.A.G.C. was, at that time, in third grade and V.G.C. was in second grade.

16. The children did not attend school on September 12, 2024, as a result of a school holiday.

17. On September 12, 2024, Respondent called Petitioner wherein she informed him that the children were okay.

18. On Friday, September 13, 2024, Respondent sent Petitioner photos of the children in front of the Cuitlahuac Monument in Mexico City, Mexico.

19. On Friday September 13, 2024, Petitioner asked Respondent if the children were okay, and Respondent confirmed the children were fine.

20. After September 13, 2024, Petitioner's mother sent a message to Respondent asking how the children were doing. In response, Respondent sent Petitioner's

mother the same photos of the children in front of the Cuitlahuac Monument in Mexico City, Mexico that Respondent had sent to Petitioner the day before, on September 13, 2024.

21. Respondent received at least one call from Petitioner after September 12, 2024.

22. After September 12, 2024, Respondent sent Petitioner a text message stating that the children were fine and sent an audio message from the children in which the older child asked Petitioner not to drink too much beer and advised Petitioner that they would return on Monday, September 16, 2024.

23. Petitioner filed a Hague Application dated February 1, 2025.

24. The Verified Complaint and Petition for Return of the Minor Children was filed less than one year from the time Respondent removed the children from Mexico.

**STIPULATED AND AGREED:**

| | |
|---|---|
| /s/ *Matthew D. Elster* | /s/ *Librado Arreola* |
| **BEERMANN LLP** | **MARCO, MCGUIRE & ARREOLA, LLC** |
| Attorneys for Petitioner | Attorneys for Respondent |
| 161 N Clark Street #3000 | 1S443 Summit Avenue, Suite 207 |
| Chicago, IL 60601 | Oakbrook Terrace, IL 60181 |
| 312.621.9700 | 773.661.2361 |
| mdelster@beermannlaw.com | larreola@mmalaw.com |