**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Diego Ivan Garduno Pina
                                    Plaintiff,

v.                                                      Case No.: 1:25−cv−10337
                                                              Honorable Georgia N. Alexakis

Erika Carbajal Chavez
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 6, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: For the reasons set forth in the accompanying Memorandum Opinion and Order, the Court finds that respondent has met her burden by clear and convincing evidence. Because there is a grave risk that the return of Minor A and Minor B to Mexicowould expose these children to physical or psychological harm, the petition for the return of Minor A and Minor B to Mexico is denied. Enter Memorandum Opinion and Order. The Clerk is directed to enter judgment in favor of respondent and terminate this civil case. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.